SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

*efiled 3/707

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone:  (408) 535-5060
Facsimile:   (408) 535-5066
Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>          Plaintiff,                                 )<br>                                                            )<br>     v.                                                  )<br>                                                            )<br> MAURICIO CAZARES,                    )<br>                                                            )<br>          Defendant.                              )<br>_____ ) | No. Cr 07-00050 JF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>FEBRUARY 28, 2007 THROUGH<br>MARCH 14, 2007 FROM<br>CALCULATIONS UNDER THE<br>SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

On February 14, 2007, defendant Mauricio Cazares made his initial appearance before this Court. Jack Gordon, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. This Court ordered the parties to appear again on February 28, 2007 at 9:00 a.m. for a further status conference.

The parties hereby request that the Court enter this order continuing the status conference to March 14, 2007 and excluding time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from February 28, 2007 through March 14, 2007. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time for the period from

STIP & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. CAZARES, NO. CR. 07-00050 JF

February 28, 2007 through March 14, 2007 from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, based upon the discovery produced in this case and the need for the defense counsel to review that discovery, investigate further the facts of the present case and effectively prepare for trial.  Defense counsel and defendant also need additional time to examine the consequences of a potential plea on defendant's immigration status.

2.     The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time from February 28, 2007 through March 14, 2007 is necessary for effective preparation of the defense and the examination of the consequences of a potential plea on defendant's immigration status and is in the defendant's best interests.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding the period  from February 28, 2007 through March 14, 2007, from calculations under the Speedy Trial Act and that such an exclusion outweighs the interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 2/27/07                    /s/ Jack Gordon
                                  JACK GORDON
                                  Attorney for Defendant


DATED: 2/27/07                    /s/ Hanley Chew
                                  HANLEY CHEW
                                  Assistant United States Attorney


**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time for the period from February 28, 2007 through March 14, 2007 from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided, evaluate further possible defenses and

1 motions available to the defendant and examine the consequences of a potential plea; (2) the
2 exclusion of time is necessary for effective preparation of the defense and is in the defendant's
3 best interests; and (3) the ends of justice are served by excluding the period from February 28,
4 2007 through March 14, 2007 from calculations under the Speedy Trial Act.

5      Accordingly, the Court further orders that (1) the status conference set for February 28,
6 2007 is vacated and that the next appearance date before this Court is scheduled for March 14,
7 2007 at 9:00; and (2) the time from February 28, 2007 through March 14, 2007 is excluded from
8 time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

9 IT IS SO ORDERED.

11 DATED: 3/2/07  _____
12                           THE HONORABLE JEREMY FOGEL
                          United States District Judge